## C. L. PEYTON *v.* ASA CARTER.

Removal of Causes—Petition for Removal Filed—Proceedings in State Court to Cease—Failure to File Copy of Record in United States Court.

> After the filing of a petition, for removal to the United States Court, properly verified, further proceedings in the State Court should cease and not be resumed until a certificate, from the Federal Court stating that the petition,er has failed to file a copy of the record in that Court, is produced.

APPEAL FROM MORGAN CIRCUIT COURT.

April 12, 1871.

OPINION OF THE COURT BY JUDGE LINDSAY:

At the June term, 1867, of the Morgan circuit court this cause was, upon the petition of appellant, properly removed to the circuit court of the United States for the District of Kentucky, under the provisions of the Act of Congress, approved March 3, 1863, and amended May 11, 1866. The third section of the amendment to said act (Statutes at Large, volume 14, page 46), provides that after filing of the petition for removal properly verified, "the further proceedings in the State court shall cease, and not be resumed until a certificate under the seal of the circuit court of the United States, stating that the petitioner has failed to file copies in the said circuit court, at the next term, is procured." No such certificate having been produced in this case, it was error upon the part of the circuit court of Morgan county to proceed with the trial of the action. Wherefore the judgment must be reversed.

*Holt,* for appellant.
*Hazelrigg,* for appellee.